Slip Op. 06-33

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CORRPRO COMPANIES, INC., | |
| Plaintiff, | Court No. 01-00745 |
| v. | Before: Richard W. Goldberg, Senior Judge |
| UNITED STATES, | |
| Defendant. | |

## JUDGMENT ORDER

In accordance with the decision (January 3, 2006) and mandate (February 24, 2006) of the United States Court of Appeals for the Federal Circuit, Appeal No. 05-1073, reversing this Court's decision in Corrpro Companies, Inc. v. United States, 28 CIT __, Slip Op. 04-116 (Sept. 10, 2004), and upon consent motion by the parties, it is hereby

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's First Cause of Action claiming NAFTA treatment for imported merchandise be, and the same is, hereby dismissed; and it is further

**ORDERED, ADJUDGED, and DECREED** that the appropriate U.S. Customs and Border Protection officials reliquidate the entries the subject of this civil action under HTSUS 8543.30.00, with duty at the rate of 2.6% *ad valorem*, and to refund any duty overpayments to Plaintiff together with interest as provided by law.

**SO ORDERED.**

/s/ Richard W. Goldberg
**Richard W. Goldberg**
**Senior Judge**

**Dated:** **March 7, 2006**
**New York, New York**